Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–29907–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michelle A. Rybak
1575 S. Myrtle St.
Vineland, NJ 08360

Social Security No.:
xxx–xx–7921

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                       6/3/20
Time:                       09:00 AM
Location:                   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 28, 2020
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Michelle A. Rybak
        Debtor

Case No. 19-29907-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 2        Date Rcvd: Apr 28, 2020
                           Form ID: 132           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db            +Michelle A. Rybak,    1575 S. Myrtle St.,    Vineland, NJ 08360-6429
518523755     +ADT Security Service,    14200 E. Exposition Ave.,    Aurora, CO 80012-2540
518523757     +American Exprerss,    PO Box 17759,    Clearwater, FL 33762-0759
518523758      Bank of America, N.A.,    PO Box 15222,    Wilmington, DE 19886-5222
518589718     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518523761     +Citibank, NA,    PO Box 6077,    Sioux Falls, SD 57117-6077
518523762      Citicards,    P O Box 6241,    Sioux Falls, SD 57117-6241
518523763      Comptroller of Maryland,    Compliance Division,    Revenue Administration CTR, Rm 100,
                Annapolis, MD 21401
518523765     +Department Stores National Bank,    PO Box 8053,    Mason, OH 45040-8053
518523766     +Discover Bank,    325 Chestnut St, Ste 501,    Philadelphia, PA 19106-2605
518523768     +Finance of America Mortgage,    15325 Fairfield Ranch Road,    Suite 200,
                Chino Hills, CA 91709-8834
518523770      Gulf Oil Ltd Partnership,    PO Box 9001001,    Louisville, KY 40290-1001
518681836     +John R. Morton, Jr., Esquire,    110 Marter Avenue,    Suite 301,    Moorestown, NJ 08057-3124
518523774     +Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200
518523775     +Littman Jewelers,    3 Ethel Rd,    Edison, NJ 08817-2855
518523776     +LoanCare Servicing Center,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
518639236     +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City,OK 73118-6051
518523779     +NTB Credit Plan,    PO Box 183015,    Columbus, OH 43218-3015
518523778      Nissan Motor Acceptance,    PO Box 742658,    Cincinnati, OH 45274-2658
518546829      Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
518523780      Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
518600972     +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518523786     +Repossession Specialists,    511 S. Main St,    Pleasantville, NJ 08232-3219
518523787    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518523789      TD Retail Card Services,    PO Box 11956,    Newark, NJ 07101-4956
518523790      Vineland Electric Utility,    640 E Wood Street, Po Box 1508,    Vineland, NJ 08362-1508
518556146     +Vineland Municipal Utilities,    c/o Jeffrey N.Medio, Esq.,    717 E.Elmer St,Ste 7,
                Vineland NJ 08360-4758
518523791     +Wells Fargo Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517
518627385      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2020 22:57:54    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2020 22:57:51    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518613539      E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 22:57:03    Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
518523756     +E-mail/Text: ally@ebn.phinsolutions.com Apr 28 2020 22:57:03    Ally Financial,
                PO Box 130424,    Saint Paul, MN 55113-0004
518523760      E-mail/Text: bankruptcy@bbandt.com Apr 28 2020 22:57:27    BB&T,    Po Box 1847,
                Wilson, NC 27894
518556159      E-mail/Text: bankruptcy@bbandt.com Apr 28 2020 22:57:27
                Branch Banking & Trust Company,Bankruptcy Section,    P.O. Box 1847,100-50-01-51,
                Wilson NC 27894
518523759      E-mail/Text: bankruptcy@bbandt.com Apr 28 2020 22:57:27    BB&T,    PO Box 2322,
                Lumberton, NC 28359-2322
518523764      E-mail/Text: Bankruptcymail@marylandtaxes.gov Apr 28 2020 22:57:06    Comptroller Of Maryland,
                1120 Carroll Street,    Annapolis, MD 21411-0001
518523767      E-mail/Text: mrdiscen@discover.com Apr 28 2020 22:57:09    Discover Bank,    P.O. Box 30943,
                Salt Lake City, UT 84130-0943
518523769      E-mail/Text: bnc-bluestem@quantum3group.com Apr 28 2020 22:58:17    Fingerhut,    Po Box 166,
                Newark, NJ 07101-0166
518523773      E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 28 2020 22:57:25    Internal Revenue Service,
                P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
518523777      E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:08    Lowes,    PO Box 530914,
                Atlanta, GA 30353-0914
518523781     +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:44    Old Navy,    PO Box 105980 Dept 72,
                Atlanta, GA 30348-5980
518523782      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 23:00:44
                Portfolio  Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
518611410      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 23:01:20
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
518523783      E-mail/Text: bnc-quantum@quantum3group.com Apr 28 2020 22:57:47    Quantum 3 Group,
                PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Apr 28, 2020
                              Form ID: 132             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518523784      +E-mail/Text: bnc-quantum@quantum3group.com Apr 28 2020 22:57:47      Quantum3 Group,
                PO Box 788,   Kirkland, WA 98083-0788
518523785      +E-mail/Text: bnc-quantum@quantum3group.com Apr 28 2020 22:57:47      Quantum3 Group LLC,
                agent for Sandino Funding,    PO Box 788,   Kirkland, WA 98083-0788
518622821       E-mail/Text: bnc-quantum@quantum3group.com Apr 28 2020 22:57:48
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
518523788       E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:06      Synchrony Bank/Walmart,
                Po Box 965024,   Orlando, FL 32896-5024
518550486      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2020 23:01:23      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518629992      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2020 23:01:23      Verizon,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nissan Motor Acceptance Corporation,   PO Box 660366,   Dallas, TX 75266-0366
518523772*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   PO Box 724,   Springfield, NJ 07081)
518523771*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour Wasserstrum    on behalf of Debtor Michelle A. Rybak mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7
```