Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29907−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle A. Rybak
   1575 S. Myrtle St.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−7921

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/4/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 4, 2020
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-29907-JNP
Michelle A. Rybak                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Jun 04, 2020
                                Form ID: 148             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
```
db              +Michelle A. Rybak,    1575 S. Myrtle St.,    Vineland, NJ 08360-6429
518523755       +ADT Security Service,    14200 E. Exposition Ave.,     Aurora, CO 80012-2540
518523757       +American Exprerss,    PO Box 17759,    Clearwater, FL 33762-0759
518589718       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518523763        Comptroller of Maryland,    Compliance Division,    Revenue Administration CTR, Rm 100,
                 Annapolis, MD 21401
518523766       +Discover Bank,    325 Chestnut St, Ste 501,    Philadelphia, PA 19106-2605
518523768       +Finance of America Mortgage,    15325 Fairfield Ranch Road,    Suite 200,
                 Chino Hills, CA 91709-8834
518523770        Gulf Oil Ltd Partnership,    PO Box 9001001,    Louisville, KY 40290-1001
518681836       +John R. Morton, Jr., Esquire,    110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
518523774       +Landis Sewerage Authority,    1776 S. Mill Road,    Vineland, NJ 08360-6200
518523775       +Littman Jewelers,    3 Ethel Rd,    Edison, NJ 08817-2855
518523776       +LoanCare Servicing Center,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
518639236       +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City,OK 73118-6051
518523779        NTB Credit Plan,    PO Box 183015,    Columbus, OH 43218-3015
518523778        Nissan Motor Acceptance,    PO Box 742658,    Cincinnati, OH 45274-2658
518546829        Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
518523780        Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518600972       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518523786       +Repossession Specialists,    511 S. Main St,    Pleasantville, NJ 08232-3219
518523787      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,     P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518523789        TD Retail Card Services,    PO Box 11956,    Newark, NJ 07101-4956
518523790        Vineland Electric Utility,    640 E Wood Street, Po Box 1508,    Vineland, NJ 08362-1508
518556146       +Vineland Municipal Utilities,    c/o Jeffrey N.Medio, Esq.,    717 E.Elmer St,Ste 7,
                 Vineland NJ 08360-4758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2020 23:34:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2020 23:34:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518613539        EDI: GMACFS.COM Jun 05 2020 03:08:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518523756       +EDI: GMACFS.COM Jun 05 2020 03:08:00      Ally Financial,    PO Box 130424,
                 Saint Paul, MN 55113-0004
518523760        E-mail/Text: bankruptcy@bbandt.com Jun 04 2020 23:34:40      BB&T,    Po Box 1847,
                 Wilson, NC 27894
518556159        E-mail/Text: bankruptcy@bbandt.com Jun 04 2020 23:34:40
                 Branch Banking & Trust Company,Bankruptcy Section,     P.O. Box 1847,100-50-01-51,
                 Wilson  NC 27894
518523759        E-mail/Text: bankruptcy@bbandt.com Jun 04 2020 23:34:40      BB&T,    PO Box 2322,
                 Lumberton, NC 28359-2322
518523758        EDI: BANKAMER.COM Jun 05 2020 03:08:00      Bank Of America, N.A.,    PO Box 15222,
                 Wilmington, DE 19886-5222
518523764        E-mail/Text: Bankruptcymail@marylandtaxes.gov Jun 04 2020 23:34:17      Comptroller Of Maryland,
                 1120 Carroll Street,    Annapolis, MD 21411-0001
518523761       +EDI: CITICORP.COM Jun 05 2020 03:08:00      Citibank, NA,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
518523762        EDI: CITICORP.COM Jun 05 2020 03:08:00      Citicards,    P O Box 6241,
                 Sioux Falls, SD 57117-6241
518523767        EDI: DISCOVER.COM Jun 05 2020 03:08:00      Discover Bank,    P.O. Box 30943,
                 Salt Lake City, UT 84130-0943
518523765       +EDI: TSYS2.COM Jun 05 2020 03:08:00      Department Stores National Bank,    PO Box 8053,
                 Mason, OH 45040-8053
518523769        EDI: BLUESTEM Jun 05 2020 03:08:00      Fingerhut,    Po Box 166,    Newark, NJ 07101-0166
518523773        EDI: IRS.COM Jun 05 2020 03:08:00      Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
518523777        EDI: RMSC.COM Jun 05 2020 03:08:00      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
518523781       +EDI: RMSC.COM Jun 05 2020 03:08:00      Old Navy,    PO Box 105980 Dept 72,
                 Atlanta, GA 30348-5980
518523782        EDI: PRA.COM Jun 05 2020 03:08:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk, VA 23541
518611410        EDI: PRA.COM Jun 05 2020 03:08:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
518523783        EDI: Q3G.COM Jun 05 2020 03:08:00      Quantum 3 Group,    PO Box 788,    Kirkland, WA 98083-0788
518523784       +EDI: Q3G.COM Jun 05 2020 03:08:00      Quantum3 Group,    PO Box 788,    Kirkland, WA 98083-0788
518523785       +EDI: Q3G.COM Jun 05 2020 03:08:00      Quantum3 Group LLC,    agent for Sandino Funding,
                 PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-1           User: admin                 Page 2 of 2              Date Rcvd: Jun 04, 2020
                               Form ID: 148                Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518622821       EDI: Q3G.COM Jun 05 2020 03:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
518523788       EDI: RMSC.COM Jun 05 2020 03:08:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
518550486      +EDI: AIS.COM Jun 05 2020 03:08:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518629992      +EDI: AIS.COM Jun 05 2020 03:08:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518523791      +EDI: WFFC.COM Jun 05 2020 03:08:00      Wells Fargo Bank,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
518627385       EDI: WFFC.COM Jun 05 2020 03:08:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
518523772*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
518523771*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                     TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Michelle A. Rybak mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```