# LAW OFFICES OF SEYMOUR WASSERSTRUM

ATTORNEYS AT LAW

205 W. LANDIS AVE  
VINELAND, NJ 08360  
TELEPHONE: (856) 696-8300  
FACSIMILE: (856) 696-6962

1040 N. KINGS HWY, SUITE 304  
CHERRY HILL, NJ 08002  
*Do not mail to this address

**SEYMOUR WASSERSTRUM, ESQ**

March 10, 2023

Honorable Jerrold N. Poslusny, USBJ  
US Bankruptcy Court – Clerk's Office  
4th and Cooper Street, Second Floor  
Camden, NJ 08102

    Re:    Michelle Rybak  
            Chapter 13 Case No.: 19-29907/JNP  
            Withdraw of Amended Schedule(s): A/B, D

Dear Judge Poslusny:

Please accept this letter as our request to withdraw the Amended Schedule(s): A/B, D which were filed on March 10, 2023 under docket number 44.

Thank you for your kind attention.

                                      Respectfully Submitted,

                                      <u>/s/ Seymour Wasserstrum, Esq.</u>  
                                      Seymour Wasserstrum, Esq.